UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SAMUEL LEE HOY,**

    **Plaintiff,**

vs.                                                                Case No. 8:13-cv-01657-JDW-JBT

**CAROLYN W. COLVIN,**
Acting Commissioner of the
Social Security Administration,

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 11) from the Magistrate Judge. After the time allowed by Federal Rule of Civil Procedure 4(m) to perfect service had elapsed, the Magistrate Judge issued an Order to Show Cause (Dkt. 10) why the case should not be dismissed for failure to perfect service and for failure to prosecute. The deadline to respond to the Order to Show Cause expired without a response, and the Magistrate Judge now recommends that this case be dismissed without prejudice for failure to perfect service under Rule 4(m) and for failure to prosecute. No objections have been filed and the time for filing such objections has now elapsed.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347,

1

348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Report and Recommendation (Dkt. 11) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review. This case is **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 3.10. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 7th day of January, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record